大成 DENTONS

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D   +1 212-768-6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

July 9, 2021

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Calcano v. Kamp-Rite Tent Cot Inc. -* Case No. 1:20-cv-09606-RA

Dear Judge Abrams:

We represent defendant Kamp-Rite Tent Cot Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, Evelina Calcano, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from July 9, 2021 to August 24, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:     All counsel of record (by ECF)

Application granted. The parties are directed to file either a status update or a stipulation of dismissal by August 24, 2021.

SO ORDERED.

_____
Hon. Ronnie Abrams
07/13/2021

US_Active\118542080\V-1